# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| MALIK SABOR ROSS, | : No. 148 EM 2014 |
| Petitioner | : |
| v. | : |
| HON. ARNOLD L. NEW, JUDGE, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.